IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DOUGLAS BERGMANN, on behalf of himself and all others similarly situated, § § § | |
| Plaintiff, § § | CIVIL ACTION NO: 5:13-cv-989 |
| vs. § § | |
| SWIRE OILFIELD SERVICES, LLC, § § § | |
| Defendant. § | |

## PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiff files this Designation of Experts as required by the Scheduling Order entered by the Court on February 4, 2014.

### A. Identity of Expert

The following persons may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

>Jeremi K. Young,
>THE YOUNG LAW FIRM, P.C.
>1001 S. Harrison, Suite 200
>Amarillo, Texas 79101
>Telephone: (806) 331-1800
>Facsimile: (806) 398-9095

>Roberto "Bobby" Lopez, Jr.
>THE YOUNG LAW FIRM, P.C.
>1001 S. Harrison, Suite 200
>Amarillo, Texas 79101
>Telephone: (806) 331-1800
>Facsimile: (806) 398-9095

>Jill Young
>2 Champions Circle
>Amarillo, Texas 79124
>Telephone: (806) 367-2227

### B. Information from Retained or Specially Employed Experts

Jeremi Young and Bobby Lopez will testify concerning the amount of attorneys' fees incurred in this matter and whether such fees are reasonable and necessary.

Jill Young will testify to the construction of Plaintiff's damages model, including the methods by which data were compiled and/or entered and the operation of various formula-based calculations.

>Respectfully submitted,
>
>**THE YOUNG LAW FIRM, PC**
>By: /s/ Jeremi K. Young
>**Jeremi K. Young**
>State Bar No. 24013793
>Roberto "Bobby" Lopez, Jr.
>State Bar No. 24074617
>1001 S. Harrison, Suite 200
>Amarillo, Texas  79101
>(806) 331-1800
>(806) 398-9095 (fax)
>jyoung@youngfirm.com
>bobby@youngfirm.com
>
>*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 4th day of April, 2014, the foregoing document was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to the ECF registrants shown below:

wmaines@hallmaineslugrin.com
lmince@fishmanhaygood.com

               By: /s/ *Jeremi K. Young*
                 Jeremi K. Young